IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TRENCHANT BLADE TECHNOLOGIES LLC | § § § | |
| v. | § § | CASE NO. 6:21-cv-67[ADA] |
| SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG SEMICONDUCTOR, INC. | § § § § § § § | JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE

Defendants Samsung Austin Semiconductor, LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 5, 2021

Respectfully submitted,

By */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

       The undersigned certifies that on February 5, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                                                                          */s/ Michael E. Jones*